B 210A (Form 210A) (12/09)                                                                 015

# United States Bankruptcy Court

___Northern___ District Of ___California___

In re **BRUCE W HOLLIS**,                    Case No. **08-47805**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **JEFFERSON CAPITAL SYSTEMS LLC** | **ARROW FINANCIAL SERVICES, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617**

Court Claim # (if known): **6**
Amount of Claim: **$941.58**
Date Claim Filed: **2/19/2009**

Phone: **800-928-7314**
Last Four Digits of Acct #: **3984**

Phone: **847-557-1100 EXT:**
Last Four Digits of Acct #: **3984**

Name and Address where transferee payments should be sent (if different from above):
**JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 953185
ST LOUIS, MO 63195-3185**
Phone: **800-928-7314**
Last Four Digits of Acct #: **3984**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Amy Payment  (Manager)**          Date: **01/06/2010**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# WAIVER OF NOTICE OF ASSIGNMENT OF CLAIM

Arrow Financial Services LLC ("Assignor") is a limited liability company under the laws of the State of Delaware, maintaining a place of business at 5996 W. Touhy Avenue, Niles, IL 60714. Assignor has assigned certain debts to JEFFERSON CAPITAL SYSTEMS, LLC ("Assignee") to file claims on behalf of Assignor. Assignee is a corporation organized under the laws of the State of Georgia maintaining a place of business at 245 PERIMETER CENTER, SUITE 600, ATLANTA, GA 30346. Said debts arise under consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing a Chapter 7 or 13 proceeding under the United States Bankruptcy Code.

Assignor, as owner of the Accounts, consents to the attachment of a copy of this Waiver of Notice of Assignment of Claim filed by the Assignee. Assignor specifically waives the right to receive notice of and object to the filing of the Notice of Assignment of Claim.

A copy of this waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Assignor has executed this waiver under its corporate seal by and through its duly authorized officer this 10th of May, 2007.

Arrow Financial Services, LLC, Assignor

By: _____

Title: EVP

Attest: _____

Title: Portfolio Acquisition Manager

**ARROW RECEIVABLES TRUST 2000-1**

By: Wilmington Trust Company, not in its individual capacity,
but as grantor trustee under the Trust Agreement dated
as of April 19, 2000

Name: _____
Title: _____
    Mary Kay Pupillo
    Assistant Vice President